**EXHIBIT 1**
SCREEN CAPTURE SHOWING ALTERED PRODUCT LISTING





**EXHIBIT 2**
EMAIL TO VOX NUTRITION

Fwd: URGENT MESSAGE REGARDING FALSIFIED FDA FEDERAL DOCUMENTS  Inbox x

The Man
to Kelsie

Tue, May 21, 4:17 PM (8 days ago)

---------- Forwarded message ---------
From: **Charlie** <charlie@voxnutrition.com>
Date: Sun, May 5, 2019 at 8:28 AM
Subject: Fwd: URGENT MESSAGE REGARDING FALSIFIED FDA FEDERAL DOCUMENTS
To: <mjattitude23@gmail.com>

Do you know who this is? People are crazy

Thanks
Charlie Estes
Vox Nutrition

Begin forwarded message:

From: Mabelle Nollie <ililsallywalker28383@gmail.com>
Date: May 4, 2019 at 10:46:58 PM MDT
To: Charlie Estes <charlie@voxnutrition.com>
Subject: Re: URGENT MESSAGE REGARDING FALSIFIED FDA FEDERAL DOCUMENTS

Hi,

You have been informed that you are selling dietary supplements to a person who has engaged in such acts. Should you decide to proceed to, you are now doing so knowingly. We could not care less how you choose to verify the credible information or if you do not verify it at all. We are not ones who are liable for selling thousands and thousands of units to a person that you have been informed is falsifying FDA documents. If Vox Nutrition does not care that they are providing an entity/person with products that are to be ingested by countless people to a person who engages in this activity, then we do not care either. Best of luck, Charlie.

On Sat, May 4, 2019 at 8:48 AM Charlie Estes <charlie@voxnutrition.com> wrote:
Hi,

We have reached out to our FDA/cGMP consultant on this email and he had confirmed what my thoughts were originally.

#1 we would need more information, pictures with details of the changes. Proof
#2 if would need to be on our documentation, if it was a fake FDA registration than that is up to the FDA to make corrective actions and for us to even contact them we would have to have some kind of proof other than an anonymous email saying they are doing it.

On Thu, May 2, 2019 at 3:07 AM Mabelle Nollie <ililsallywalker28383@gmail.com> wrote:
Dear Vox Nutrition INC,

We am writing to you to inform you about some illegal activity that a a buyer of yours is engaging in. The client's information is listed below:

- Name: Kevin Thobias
- Business Name:
- Better Mornings LLC & Badass Fulfillment LLC
    - 151 San Francisco St San Juan, FL, 33132
    - (630) 209-2614
    - Kevin@nutragroup.org

He is a third-party seller on Amazon.com. Below, please find factual information that you should be made ware of as your company is responsible for supplying his various entities with dietary supplements.

- Kevin Thobias is submitting falsified Food and Drug Administration (FDA) Federal documents to obtain approval to sell in the dietary supplements category on Amazon.com

Vox Nutrition, INC has a prestigious reputation throughout that supplement industry. We wanted to write to you to inform you of these acts that Kevin Thobias, CEO of Better Mornings LLC, among many other entities, is doing are illegal, unethical and dangerous (as dietary supplements are ingested by Amazon.com buyers) acts. When he must resort to falsifying Federal documents to obtain this ability to sell these very regulated products, he clearly does not meet Amazon's requirements to sell the products that you are selling him, therefore, placing *countless* lives at risk. How you choose to utilize this information will dictate whether your company is aware of these actions taking place, but has no issue with it, or, will further investigate what we know to be facts and will handle this very dangerous situation urgently. Thank you for doing your due diligence.

# URGENT MESSAGE

Car·tel /kärˈtel/

>Noun
>noun: **cartel**; plural noun: **cartels**
>>an association of manufacturers or suppliers with the purpose of maintaining prices at a high level and restricting competition.
>>"the Colombian drug cartels"

We are writing to the good people of Amazon because we feel it is our duty as citizens to inform you that there is currently an organization of **federal criminals** operating in a **cartel** like fashion selling dietary supplements. The leader of this organization is Kevin Alex Thobias, a known "bully" on the Amazon.com platform, but much more significant, a sociopath who manipulates others to join him on his reckless path of a possible **VERY** dangerous event taking place. This cartel has many intricacies in which we are certain Amazon will identify and verify with ease once this message is read.

Out of our grave concern and fear that *thousands* of Amazon.com buyers will be severely injured or even ingest a product that is fatally "manufactured" by these individuals, we are writing to you in such a desperate manner to ensure that it is stopped at once. We are aware that obtaining the ability to sell dietary supplements on the Amazon.com platform is a privilege that Amazon only allows those who are properly vetted to have. Because of these gentlemen's criminal backgrounds, they could not obtain the ability in a conventional manner. Unfortunately, we have learned that go get around this, they utilized their criminal ways to falsify and/or forge federal documents that they would then submit to Amazon's category approval team and become approved to sell in this category. **Amazon.com is being dealt these fabricated unverified documents and is granting convicted federal criminals who do not have ANY qualifications to sell products that are ingested by Amazon.com's buyers the ability to sell them on a GRAND level.**

If this previous sentence does not scare you in the worst manner out of fear that they are capable of such crimes, we are willing to even go so far as to say that these individuals will harm a great deal of people at some point. Not only is it in their nature to act in a criminal manner, but they have proven to the United States Judicial System that they do not have any respect for the law or the wellbeing of others.

Could you imagine a more dangerous combination of factors when it comes to the safety of the products that are being sold on the platform? **We beg of you, please, investigate this matter on a 911 basis** to verify that all that is being said to you is in fact the complete truth. We fear that any time wasted is potential time in which that "defective batch" of supplements that one of them made themselves is checked into FBA already and currently stands as one of the top selling products in that subcategory. Due to the massive scale of this operation, when these criminals do make a mistake, we can assure you that you will learn of it not by one phone call, but by an avalanche of reports flying in all at once. Of course, this will be a nightmare for your company. But for those of us who have knowledge of exactly what is happening, we will be filled with extreme guilt and unexplainable grief that we had not acted sooner. Do not let this notice fall on deaf ears. It will be the most irresponsible act that could ever take place by a company of Amazon's magnitude in all of history.

We would never be so ignorant as to write to you making such dire claims and requests for you investigate these matters without providing you with precise proof that not only gives our claims the credibility that they deserve, but allows Amazon.com to take the action that we are certain you will take once you easily verify that this urgent threat to Amazon's buyers is indeed as serious and real as we are screaming from the hilltops about. Below, we will begin to paint a picture of the type of criminals that we are describing who currently, **right now**, are being allowed to distribute dietary supplements by the truckloads with Amazon.com allowing them to game the category approval process and grant them this privilege that should be taken very seriously.

Kevin Thobias makes this all possible. He is the main organizer of all operations. The owner of the majority of the Wyoming entities that he is able to hide behind in his criminal tactful manner by utilizing his knowledge of the state of Wyoming's policies regarding the right's that this state issues entities, along with a registered agent. When you review the accounts that we supply you, you will begin to find a very strange coincidence of how every entity just happens to be structured in the same manner. If you were to select 30 random Amazon accounts, there is a 0% chance of the same event occurring. That means

that this one minute factor shows that it is impossible for these "random" accounts to be structured in the same manner.  This correlation is not something we would even encourage you to attempt to link the accounts.  There is far greater proof.

Kevin poses as a "consultant."  This is 100% false, as he is a liar and has never consulted a day in his life.  He does not own a consulting company.  He does not have any clients.  He cannot supply one **legitimate** paid invoice for any of his "consulting services."  We will touch further on this after we expose to you who is currently dispensing who knows what to Amazon's buyers.  One point that we would like to make abundantly clear in hopes that Amazon understands something very important: **Kevin Thobias is the ringleader of this entire criminal enterprise.  These other criminals are pawns, who are dangerous, yes, but not capable of operating independently.**

**The Leader**



**Name**: Kevin Alex Thobias
**Summary:**  This is an evil man who operates literally *countless* Amazon seller accounts on the platform selling all of the same dietary supplement products, but printing different labels in hopes to provide Amazon buyers with the illusion of choice.  On the 16th day of March, 2016 Kevin Alex Thobias was arrested on Dyess Air Force Base and charged with what he has accomplished to get sealed federal crimes.  The address in which he was arrested at is: 4010 COUGAR WAY ABILENE, TX 79606.   He was held on the Air Force Base for twelve days and then handed over to the proper law enforcement agency.  He would be denied bail until the 26th day of April 2016.  Here are some additional details of his arrest.

**Booking Number:**     089511
**SO Number:**           114890
**Charge:**              FEDERAL
**Arresting Agency:**   Dyess Air Force Base

After his legal battle in the Criminal Federal Courts of The United States, where does he turn his sights to?  Amazon.com to sell dietary supplements, as he had observed others located at the same location do in a non-compliant manner.  Amazon.com is the largest company in the entire country.  Responsible for essentially inventing and revolutionizing cloud computing in AWS's early days, to machine learning, business applications, robotics and biometric technology that is so robust that is has the United States government interested in utilizing it, it is safe to say that Amazon.com is equipped with the most advanced technology on the planet.  Perhaps soon, even on an additional planet.  So, please, when an address is provided to you, we ask that you search it through your internal databases and verify what we are saying **with all the confidence in the world and with minimal effort.**  We urge you to run the above address and find the various accounts that this address is linked to.  This is the beginning of what we will be supplying as undeniable proof that every single one of these accounts are part of a much larger ring of a deceptive and dishonest cartel that has been growing at an extremely fast pace.   Mr. Thobias utilized his personal information on the following account that Amazon has issued brand level gating to:

**Merchant ID:**  A3GAX5OEA60SZS
**Store name:**   Better Mornings LLC
**Email:**        Kevin@nutragroup.org


**The Mad Chemist**



This man's name is Gurpreet Singh.  He utilizes the first name "Gary." This man does not have the "bigger picture" mindset that his sociopath leader does, but his value that he brings to the cartel, is his ability to source almost any supplements and/or any other substance once could want.  This is where things begin to become very dangerous very quickly.  As it appears to be a requirement for any member wishing to work with Kevin Thobias, Gurpreet Singh went out and aimed for the stars with his felony records.

***"Gurpreet Singh ("Singh") was convicted in Elkhart Superior Court of three counts of Class D felony dealing in a synthetic drug or a synthetic drug lookalike and three counts of Class D felony money laundering."***

- [Court of Appeals of Indiana | Memorandum Decision 20A04-1508-CR-1097 | June 27, 2016](#)

The combination of these two alone working together to sell dietary supplements on the Amazon.com platform should make any logical human being extremely uneasy.  We have a man who was kicked out of the United States Air Force when arrested for a federal crime who has learned how to create Amazon accounts at will and obtain Amazon's permission to sell dietary supplements by forging and/or falsifying FDA documents  --- Who then forms ties with a **man convicted of six felonies -- 3 of which are related to the sale of synthetic drugs.**  We do not even know how to follow up on this fact.  It is *beyond* mind blowing that this is occuring.  Is it not abundantly clear that these criminals simply took their criminal mindsets and skill sets and applied them to selling on Amazon?

Instead of selling synthetic drugs, Gary decided that he was not a fan of felonies, so he would just utilize the methods that his mentor, Kevin Thobias would show him of creating accounts and manipulating Amazon's category approval process by submitting falsified FDA documents.  Hard evidence is what is needed here to thoroughly eliminate this cartel and irrefutable evidence is what you are to receive.   Gary's information can be located on the following account:

**Merchant ID:**   A3NGX287ETIXTT
**Store Name:**   [Vital Nutrition LLC](#)
**Email:**           [Vitalnutritionllc@gmail.com](mailto:Vitalnutritionllc@gmail.com)

Please, check the addresses listed on that account.  You will be shocked to find that Gurpreet (Gary) Singh lists the **same exact location** on this account that Kevin Thobias resided and was arrested at:

# 4010 COUGAR WAY ABILENE, TX 79606

In addition to this, Gary was operating under the entity, "Prime Labs LLC".  "Prime Labs" is a brand that Amazon issued brand level gating.  The account in which this is located: [Better Mornings LLC](#) - The one account where Kevin Thobias has listed his personal information.  It is no surprise that you will find the same address on this account as well. We are on a mission here to attempt to ensure that these criminals do not have the ability to conduct their operation any further.  We are spoon feeding Amazon.com every detail needed to link all of these accounts with ease.  We can run the ball the 1st yard line.  All Amazon has to do is step in the end-zone.  This is not a personal issue.  This is not a competitor issue.  This is an issue that warrants the highest level of authorities within Amazon stepping in and putting an end to this.  At one point, it seemed that they did.  But for some remarkably strange reason, Amazon unleashed the cartel back onto the platform.  More to come on that.

We will list an abundance of accounts below that are all part of the Thobias Cartel.  We are certain that we do not have the ability to locate and report ALL of their accounts.  We ask that once you verify all that we are stating is indeed true and you take action on all of the actions that you confirm are indeed linked that you utilize your robust technology to get the rest of them.  Here are a few more that will further show the caliber of people that are involved in this organization.

An entity named "[KSG Brands](#)" registered in the state of Wyoming has three organizers:

1. Sean Ceruti
2. Gavin Joseph Charles Bridegeforth
3. Kevin Alex Thobias

**Name:** Sean Ceruti
**Merchant ID:** A105K3OBFCS85D
**Store Name:** [Healing Essentials](#)

Sean Ceruti and Gavin Bridgeforth entered a contract in which they were given 1.38 million for "various" business ventures. They failed to carry out their duties as set forth in the agreement. As a result of their failure, they were sued in the State of Florida by the investor for the total amount provided plus damages and attorney's fees.  Scam artist -- account linked to Kevin Thobias.


**Name:** Island Breeze LLC
**Merchant ID:** A2VAZLBYJA70FT
**Store Name:** [Brute Nutrition](#)

A very well known associate and assistant to Kevin Thobias, Spencer Miles Simpson, is among the sickest individuals in the organization.  This man is a registered sex offender in the state of Utah.

"Offense/Statute:21.11(a)(2) - Indecency With A Child/contact"

The only thing we will add here, as the infamous tales go, is a: "?"

You can find this monster in the buyer seller messaging of Brute Nutrition and on Triple House Deals.  Unreal.

The list goes on and on.  We do not feel the need to identify every criminal that is involved in the Thobias Cartel.  Our only desire is to ensure the safety of Americans who are purchasing dietary supplements on the Amazon platform.  You will find the rest of the accounts that we know of below.

## Ed Rosenberg

28th day of March 2019, Mr. Thobias receives a call from we all know who.  He doesn't take it seriously, so this gentleman wipes out the majority of his accounts.  April Fools Day 2019, seven accounts that Mr. Thobias is the majority if not full owner of, operates & profits significantly from **are actually reinstated**.  All of the bright minds that have made history time and time again --- are not capable of seeing what is so clearly laid out for them?  This is very hard to believe.  It's actually not believed at all, which raises very scary questions about who Amazon is, what do they stand for and where do they fit in today's world?

We do not have much more to say.  What sort of  insanity goes on behind closed doors?  Secret hand shaking company -- **Ed Rosenberg** makes a phone call and it is as if he has a magic wand?  "Ed Rosenberg Escalation."  What a joke.  Clearly, though, an Ed Rosenberg Escalation is much more effective than a Jeff B escalation.  Ed gets hired and paid by Kevin Thobias and resolved this matter in one day. "Newfound evidence" - right?  Right.  There is a profusion of information at our fingertips that we could provide here, but it is not our intention to muddy the waters.  We have made it clear over and over again -- our only goal right now has to be protecting Amazon buyers from buying dietary supplements from convicted felons who are nowhere near qualified to handle this responsibility.  Nevertheless, they most certainly are not capable of doing to across the mountain of accounts that they do so.  **We beg Amazon to please investigate thoroughly what we are assisting you with.  Get these criminals off of the platform before they end up killing hundreds, if not thousands of people.**

# THE THOBIAS CARTEL

| MCID | Store Name |
| --- | --- |
| A3GAX5OEA60SZS | Better Mornings LLC |
| A1QNWPBK37UFUS | Keto's Finest Products |
| A2VC2HXI5KGFH1 | Reliable Solutions Warehouse |
| A8FM6VJSKTX7I | Vital Supplements |
| A3CLVXE6CFV5RF | Titan Wholesaler |
| A3V1B407XWIES4 | Quality Keto |
| A2RGPDT76Z04CR | Elegant Essentials Nutrition |
| A2E3GV6KXCEK6E | Prime Driven Store |
| A3MPMXXVEZ1OYQ | Cutting Edge Labs |
| A1QR4QNLCZ7D53 | Northstar Naturals |
| AWNK92702B2FT | Quality Nutrition Store |
| A1ZP9SGE1TB8EV | JB Naturals |
| A2BT1V547ATLAJ | Triad Wellness and Nutrition |
| A2G12TUAIYUOM0 | Healthy Life Necessities |
| AR3KKMWR15ERM | JayB3 Nutrition LLC |
| AG3BMQMUA5RR4 | Scottsdale Vitamins |
| A15D4T0IL92UMR | Keto Wholesale |
| AE1FFF96NMG93 | Invictus Labs LLC |
| A4X6TB0DC2NX6 | VitaCore Nutrition |
| A3NGX287ETIXTT | Vital Nutrition LLC |
| A2VAZLBYJA70FT | Brute Nutrition |
| A1OMKLREDK8ADI | Nature's Goodwill |

| | |
|---|---|
| A1TKHVWBCO49VZ | Quality Nutritional |
| AM5BRDP6BFPO6 | Fit Rich Lifestyle |
| AI85OTS8AW786 | Essence Wellness and Beauty |
| A3A1WKRPEDFAJF | Natural Wellness and Health LLC |
| AUFG9LNBWO3G4 | Triple House Deals |
| AQ7TC6CSW945M | Quality Nutrition |
| AWHX78RTF0BFI | Ketogenix Labs, LLC |
| A2Y1KD6JEZFSME | Raw_Nutrition |
| A1DHPCIIWV4D05 | Envy Nutrition |
| A301DL72WIBHA6 | Ancient Strength |
| A1KICPKVVKON2U | Vital Organics Warehouse |
| A16T3E4ZRT9O1R | By Hans |
| A1DSNG8OK8H8U1 | FedLife |
| A18112FDCMHBD9 | Hurricane Nutrition |
| A24JKYSY5JGY4Q | Supplements Forever |
| AKHFTRGMI4K8P | Wholesome Health Foods |
| A1UXQ07O69729K | Quality Sales Co |
| A1RV6T7S85HWP0 | YourMerchNow |
| A1MR70GDGZMD9Z | NutriTrend |
| ABZQYY6SYX6AM | Hard Iron Labs |
| A21M50PPTVTKN0 | Amazing Basics |
| A1SUZXRH20EQFB | Health Begins Here |
| A105K3OBFCS85D | Healing Essentials |

**Forged and/or Falsified FDA Documents**

**Gurpreet Singh v. State of Indiana**

**Kevin Thobias Jail Record**

**Gurpreet Singh Arrested in Synthetic Drug Ring**

**Gurpreet Singh Arrested on Felony Charges**

**KSG Brands - Thobias, Ceruti, Bridgeforth**

**Spencer Miles Simpson (Triple House Deals) - Registered Sex Offender**

**Monterey Capital v. Ceruti; Bridgeforth**