AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Better Mornings, LLC et al <br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>Joseph Nilsen<br>Digital Checkmate, Inc.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   2:19-cv-03854(JS)(SIL)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Joseph Nilsen,528 Syracuse Ave., Massapequa, NY 11758
> Digital Checkmate, Inc., 193 Cherry Street, Farmingdale, New York, 11735

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Wolffers Cohen and Edderai
> 325 W. 38th, 15th Floor, New York NY 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  07/08/2019   _Deanna Rodin_
_____
*Signature of Clerk or Deputy Clerk*