# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Better Mornings, LLC et al. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 2:19-cv-03854-JS-SIL |
| Joseph Nilsen, Digital Checkmate, Inc. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date: 07/10/2019

*Attorney's signature*

Berwin Cohen  BC 0579
*Printed name and bar number*

Wolffers Cohen & Edderai
325 W. 38th, 15th Floor
New York, NY 10016

*Address*

berwin@wolfferscohen.com
*E-mail address*

(212) 706-0663
*Telephone number*

(646) 619-4358
*FAX number*