Berwin Cohen (FBN:BC0579)
berwin@wofferscohen.com
Lorenz Wolffers (FBN:LW6950)
lorenz@wofferscohen.com
Wolffers Cohen & Edderai LLP
325 W. 38th Street, Suite 1502
New York, NY 10952
P: 646-807-8543 F: 646-619-4358

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETTER MORNINGS, LLC and ISLAND BREEZE, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH NILSEN and DIGITAL CHECKMATE, INC.<br><br>Defendants. | Case No.: 2:19-cv-03854<br><br>**REQUEST FOR CERTIFICATE OF DEFAULT**<br><br>TO: DOUGLAS C. PALMER<br>UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK |

Please enter the default of defendant(s), Joseph Nilsen and Digital Checkmate, Inc., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Berwin Cohen.

DATED: August 2, 2019      /s/ Berwin Cohen

　　　　　　　　　　　　　　Berwin Cohen
　　　　　　　　　　　　　　Wolffers Cohen & Edderai, LLP
　　　　　　　　　　　　　　325 W. 38th Street, Suite 1502
　　　　　　　　　　　　　　New York, NY
　　　　　　　　　　　　　　berwin@wofferscohen.com