Berwin Cohen (FBN:BC0579)
berwin@wolfferscohen.com
Lorenz Wolffers (FBN:LW6950)
lorenz@wolfferscohen.com
Wolffers Cohen & Edderai LLP
325 W. 38th Street, Suite 1502
New York, NY 10952
P: 646-807-8543 F: 646-619-4358

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETTER MORNINGS, LLC and ISLAND BREEZE, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH NILSEN and DIGITAL CHECKMATE, INC.<br><br>Defendants. | Case No.: 2:19-cv-03854<br><br>**CERTIFICATE OF DEFAULT** |

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendants Joseph Nilsen and Digital Checkmate, Inc. have not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Joseph Nilsen and Digital Checkmate, Inc. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

DATED: August ____, 2019           DOUGLAS C. PALMER, Clerk of Court

                                                          BY: _____

                                                                         Deputy Clerk