Berwin Cohen (FBN:BC0579)
berwin@wolfferscohen.com
Lorenz Wolffers (FBN:LW6950)
lorenz@wolfferscohen.com
Wolffers Cohen & Edderai LLP
325 W. 38th Street, Suite 1502
New York, NY 10952
P: 646-807-8543 F: 646-619-4358

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BETTER MORNINGS, LLC and ISLAND BREEZE, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH NILSEN and DIGITAL CHECKMATE, INC.<br><br>Defendants. | Case No.: 2:19-cv-03854<br><br>**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT** |

Berwin Cohen hereby declares as follows:

1. I am counsel to the Plaintiffs in this action, Better Mornings, LLC and Island Breeze, LLC (collectively, "Plaintiffs").

2. This action was commenced pursuant to the Lanham Act, 15 U.S.C. § 1121(a).

3. The time for Defendants, Joseph Nilsen and Digital Checkmate, Inc., to answer or otherwise move with respect to the complaint herein has expired.

4. Defendants, Joseph Nilsen and Digital Checkmate, Inc., have not answered or otherwise moved with respect to the complaint, and the time for Defendants Joseph Nilsen and Digital Checkmate, Inc., to answer or otherwise move has not been extended.

5. Defendants Joseph Nilsen and Digital Checkmate, Inc., are not infants or

incompetent. Defendants Joseph Nilsen and Digital Checkmate, Inc., are not presently in the military service of the United States, as appears from facts in this litigation.

6. The complaint was properly served on defendants Joseph Nilsen and Digital Checkmate, Inc. pursuant to New York law, as shown by the annexed affidavits of service. See <u>Exhibit A, Affidavit of Service on Joseph Nilsen</u> and <u>Exhibit B, Affidavit of Service on Digital Checkmate, Inc.</u>

7. The facts entitling Plaintiffs to the claimed relief are as follows: Plaintiffs are part of Nutragroup, a dietary supplement provider based in San Juan, Puerto Rico. Their primary business is selling dietary supplements to United States consumers, including weight loss supplements, hormonal supplements, and the like.

8. Plaintiffs brought this action to restrain Defendants from interfering with and damaging their business interests by unlawful and malicious conduct, including false advertising under <u>15 USC §1125(a)</u>, product disparagement, commercial defamation, and deceptive business practices under <u>New York Gen. Bus. Law § 349.</u>

9. Since April 2019, Defendant Joseph Nilsen, individually and through his company Defendant Digital Checkmate, Inc., has engaged in a pattern of interfering with the normal commercial operation of Plaintiffs' virtual storefronts on the internet marketplace platform Amazon.com by attacking Nutragroup product listings in an attempt to get particular products removed from sale by Amazon, and publishing false and defamatory information to dissuade customers from purchasing the products.

10. Defendants' attacks primarily involve using unauthorized backdoors to improperly change Plaintiffs' product listings and insert false information. For instance, past attacks have modified product listings to state that Plaintiffs' products contain banned drugs and chemicals, or stating that the product is a choking hazard.

11. Defendants have also flooded Plaintiffs' product listings with baseless negative reviews, and used social media to spread defamatory statements and misinformation about Plaintiffs and Nutragroup's founder and chief executive, Kevin Thobias.

12. Accordingly, Plaintiffs filed a complaint seeking damages and injunctive relief against Defendants, which Defendants have failed to answer.

WHEREFORE, plaintiffs Better Morning, LLC and Island Breeze, LLC request that the default of defendants Joseph Nilsen and Digital Checkmate, Inc. be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to Plaintiffs, and that no part thereof has been paid.

DATED: August 2, 2019 /s/ Berwin Cohen

Berwin Cohen
Wolffers Cohen & Edderai, LLP
325 W. 38th Street, Suite 1502
New York, NY
berwin@wolfferscohen.com