UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
BETTER MORNINGS, LLC., et al.
**Defendant / Respondent:**
JOSEPH NILSEN and DIGITAL CHECKMATE, INC.

**AFFIDAVIT OF SERVICE**
Index No:
2:19-CV-03854-JS-SIL

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and located at 590 Madison Ave 21st floor, New York, NY 10022. That on Wed, Jul 10 2019 AT 10:08 AM AT 528 SYRACUSE AVENUE, MASSAPEQUA, NY 11758 deponent served the within COVER LETTER, SUMMONS IN A CIVIL ACTION, COMPLAINT, EXHIBITS on JOE NILSEN

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to JANE DOE a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known address, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

[ ] **Non-Service:**

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of NY, in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I have that the defendant is not in the military service of NY, or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
1) Successful Attempt: Jul 10, 2019, 10:08 am EDT at Home: 528 SYRACUSE AVENUE, MASSAPEQUA, NY 11758 received by JANE DOE. Refused to provide full name.

**Description:**
Age: 55   Ethnicity: Caucasian   Gender: Female   Weight: 145
Height: 5'7"   Hair: Blond   Eyes: _____   Relationship: _____
Other

_____ JUL 15 2019
Curtis Warren
n/a

Sworn to before me on JUL 15 2019
_____
Notary Public

BRIAN B RICKS
NOTARY PUBLIC STATE OF NEW YORK
No. 01RI6383781
Qualified in New York County
My Commission Expires
November 26, 2022

# AFFIDAVIT OF SERVICE BY MAIL

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK            CASE NO: 2:19-CV-03854-JS-SIL
Plaintiff / Petitioner: BETTER MORNINGS, LLC., et al.
vs.
Defendant / Respondent: JOSEPH NILSEN and DIGITAL CHECKMATE, INC.

I Nasim Dehghani being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of NY.

That on Wed, Jul 10 2019 deponent served the within:
COVER LETTER, SUMMONS IN A CIVIL ACTION, COMPLAINT, EXHIBITS on JOE NILSEN at the address 528 SYRACUSE AVENUE, MASSAPEQUA, NY 11758 by enclosing a copy of same in a postpaid wrapped properly addressed to the above recipient at and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Services within NY. State, Mailed on 07/10/2019 via:

First Class Mail Envelope marked **"Personal and Confidential"**.

*(check all that apply)*

[X] FIRST CLASS MAILING
[ ] CERTIFIED MAILING
[ ] RETURN RECEIPT REQUESTED
[ ] OVERNIGHT MAILING

...and by certified mail marked **"Personal and Confidential"**.

The Certified Mail Receipt Number *(if applicable)* is as follows:
(_____).

Sworn to me on the _____  JUL 15 2019

_____                                                                 JUL 15 2019
Notary Public - State of New York        BRIAN B RICKS
No.                                      NOTARY PUBLIC STATE OF NEW YORK   Nasim Dehghani
Qualified in                             No. 01RI6383781
Commission Expires:                      Qualified in New York County
                                         My Commission Expires
                                         November 26, 2022

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022