# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastrern District of New York

Index Number: 2:19-CV-03854(JS)(SIL)

Date Filed: 7/8/2019

Plaintiff:
**Better Mornings, LLC, et al.**

vs.

Defendant:
**Joseph Nilsen**
**Digital Checkmate, Inc.**

**State of New York, County of Albany)ss.:**

Received by Undisputed Legal Inc. to be served on **Digital Checkmate Inc.**.

I, James Boland, being duly sworn, depose and say that on the **11th day of July, 2019** at **3:10 pm**, I:

Served Digital Checkmate Inc. by delivering two true copies of the **Attorney Cover Letter, Summons in a Civil Action and Complaint - Demand for Jury Trial with Exhibits pursuant to section 306 BCL together with statutory service fee in the amount of $40.00** to Sue Zouky as Business Document Specialist 2 of the Secretary of State of the New York State Department of State, 99 Washington Avenue, Albany, NY, 12207, the Secretary of State of the New York State Department of State being the **Registered Agent** of record of the within named corporation, in compliance with state statutes.

**Description** of Person Served: Age: 65, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 150, Hair: Brown, Glasses: N

I am over the age of 18 and have no interest in the above action.

**James Boland**
Process Server

**Undisputed Legal Inc.**
590 Madison Avenue
21st Floor
New York, NY 10022
(212) 203-8001
Our Job Serial Number: 2019002374

Subscribed and Sworn to before me on the 15th day of July, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28, _____

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x