UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Better Mornings, LLC et ano.,

Petitioner/Plaintiff,

v.

Joseph Nilsen et ano.,

Respondents/Defendants.

Index No. 2:19-cv-03854

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE THAT** Samuel L. Butt, an attorney admitted to practice in this Court, of the law firm Schlam Stone & Dolan LLP, is appearing in this action as counsel for Defendants Joseph Nilsen and Digital Checkmate, Inc. Please take further notice that all papers and correspondence in this proceeding should be directed to this firm.

Dated: New York, NY
         August 12, 2019

**SCHLAM STONE & DOLAN LLP**

By: /s/ Samuel L. Butt
Samuel L. Butt
Jeffrey M. Eilender
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
sbutt@schlamstone.com
jeilender@schlamstone.com

*Attorneys for Joseph Nilsen and Digital Checkmate, INC..*

To: All Counsel of Record (via PACER)