Berwin Cohen (FBN:BC0579)
berwin@wolfferscohen.com
Lorenz Wolffers (FBN:LW6950)
lorenz@wolfferscohen.com
Wolffers Cohen & Edderai LLP
325 W. 38th Street, Suite 1502
New York, NY 10952
P: 646-807-8543 F: 646-619-4358

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETTER MORNINGS, LLC and ISLAND BREEZE, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH NILSEN and DIGITAL CHECKMATE, INC.<br><br>Defendants. | Case No.: 2:19-cv-03854<br><br>**NOTICE OF MOTION FOR DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE that upon the accompanying Declaration of Berwin Cohen, dated August 12, 2019, the exhibits attached thereto, and the accompanying Memorandum of Law In Support of Plaintiffs' Motion For Default Judgment, Plaintiffs Better Mornings, LLC and Island Breeze, LLC, by its attorneys Wolffers Cohen & Edderai LLP, will move this Court at such time as the Court may direct, at the United States Courthouse, 100 Federal Plaza, Courtroom 1030, Central Islip, NY 11722, for an order pursuant to Fed. R. Civ. P. 55(b)(2) and Local Rule 55.2 of the Local Rules of the United Stated District Court for the Eastern District of New York, granting Plaintiffs' motion for entry of a default judgment in the amount of $900,135.85, plus statutory post-judgment interest, and for such other and further relief as this court deems just and proper. Oral argument shall be held on such date and at such time as may be designated by the court.

[*Signature Page Follows*]

DATED: August 12, 2019          /s/ Berwin Cohen

Berwin Cohen
Wolffers Cohen & Edderai, LLP
325 W. 38th Street, Suite 1502
New York, NY
berwin@wofferscohen.com

TO:

Schlam Stone and Dolan LLP
26 Broadway
New York, NY 10004
c/o Samuel Butt, Esq.

Joseph Nilsen
528 Syracuse Avenue
Massapequa, NY 11758

Digital Checkmate, Inc.
193 Cherry St.
Farmingdale, NY 11735
c/o Joseph Nilsen