# Exhibit D-Attorney's Fees and Costs

|              |              | **Breakdown** |          |
|--------------|--------------|---------------|----------|
|              |              | **Fees**      | **Costs**|
| WIP          | $ 12,136.97  |               |          |
| Invoice 1064 | $ 21,631.96  |               |          |
| Invoice 1052 | $ 27,748.71  |               |          |
| Invoice 1043 | $  7,241.25  |               |          |
| **Total**    | **$ 68,758.89** |            |          |

|        | Hours  | Rate | Amount    |          |
|--------|--------|------|-----------|----------|
| BC     | 65.60  | 475  | 31,160.00 |          |
| LW     | 7.15   | 400  | 2,860.00  |          |
| JE     | 0.10   | 275  | 27.50     |          |
| WT     | 110.09 | 225  | 24,770.25 |          |
| Clerks | 28.70  | 100  | 2,870.00  |          |
| Fees   |        |      |           | 61687.75 |
| Costs  |        |      | 7071.14   |          |
|        |        |      | 68,758.89 |          |