**First Attack: April 19th, 2019 to April 22nd, 2019**

ASIN: B01MQ1JLWY - Down for 4 days

Sales from January 1st, 2019 - April 18th, 2019 =: $3,212,566.10

$3,212,566.10 / 108 days = $29,745.99 daily average

$29,446.00 x 4 = $118,983.93 in lost sales

---

**Second Attack: April 30th, 2019 to May 1st, 2019**

ASIN: B01MQ1JLWY - Down for 2 days

Sales from January 1st to April 18th + April 23rd to May 21st = $3,212,566.10 + $780,265.70 = $3,992,831.80

$3,992,831.80 / 138 days = $28,933.56 daily average

$28,669.48 x 2 = $57,867.13 in lost sales

ASIN: B07MJXW8J7 - Down for 2 days
- This product was launched in February of 2019

Sales from February 1st, 2019 to April 18th + April 23rd to May 21st = $55,377.97

$55,377.97 / 107 days = $517.55 daily average

$401.29 x 2 = $1,035.10 in lost sales

ASIN: B071VJ1XX6 - Down for 2 days

Sales from January 1st to April 18th + April 23rd to May 21st = $153,009.00

$153,009.00 / 138 = $1,108.76 daily average

$1,108.76 x 2 = $2,217.52 in lost sales

Total for this attack in lost sales = $61,119.75

---

**Third Attack: June 29th, 2019 to July 1st, 2019**

ASIN: B01MQ1JLWY - Down for 3 days

Sales from January 1st to April 18th + April 23rd to May 21st + May 24th to June 28th = $5,070,358.90

$5,070,358.90 / 172 = $29,478.83 daily average

$29,478.83 x 3 = $88,436.49 in lost sales

---

**Better Mornings Total in Lost Sales = $268,540.17**