Los Angeles
San Diego
Santa Ana
San Francisco
Sacramento
Las Vegas

NATIONWIDE LEGAL LLC

**ATTORNEY WORK PRODUCT**

Riverside
Phoenix
Tucson
Oakland
San Jose
Portland

INVESTIGATIONS

May 30, 2019

Berwin Cohen
325 West 38th Street
15th Floor
NYC, New York
Berwin@wolfferscohen.com

**RE:** **Joseph S Nilsen**
Control Number: PID-6065

Dear Mr. Cohen,

[redacted]

[redacted]

[redacted]

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

1609 James M Wood Blvd. | Los Angeles | CA | 90015 · Phone (877) 493-3463 · Fax (877) 493-3429
Website: www.nationwidelegal.com Email: investigations@nationwidelegal.com



NATIONWIDE
LEGAL, LLC

RE: Joseph S Nilsen
May 30, 2019
Page 2 of 3

**ATTORNEY WORK PRODUCT**

## Current Identification and Residential Information

Joseph S Nilsen is identified by his date of birth of ▉▉/1989 and truncated social security number of ▉▉▉▉▉▉.

Our investigation revealed the subject's current address is located at 528 Syracuse Ave, Massapequa NY 11758. Furthermore, we spoke to the subject's mother, Janet Nilsen who also resides at 528 Syracuse Ave, Massapequa, NY 11758. She stated that if a package would be delivered to that address, he would receive it.

[redacted]

Should you have any questions, please do not hesitate to contact our office.

Very Truly Yours,

Richard Rivero, P.I.
CA. Lic. PI 26478
Nationwide Legal, LLC

NATIONWIDE
LEGAL, LLC

**ATTORNEY WORK PRODUCT**

RE: Joseph S Nilsen
May 30, 2019
Page 3 of 3

RR: mg

[redacted]