UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

BETTER MORNINGS, LLC
ISLAND BREEZE, LLC

                              CALENDAR NOTICE
-V-                            CV 19-3854(JS)(SIL)

JOSEPH NILSEN
DIGITAL CHECKMATE, INC.

------------------------------X

APPEARANCES:
For Plaintiff(s):
Berwin Cohen, Esq.
Lorenz Wolffers, Esq.
Wolffers Cohen & Edderai
325 W. 38 St.    #1502
New York  NY 10018


For Defendant(s):
Samuel Butt, Esq.
Jeffrey Eilender, Esq.
Schlam Stone & Dolan
26 Broadway    18 Fl.
New York  NY 10004


     THE ABOVE-REFERENCED CASE IS SCHEDULED FOR A PRE-MOTION CONFERENCE BEFORE JUDGE JOANNA SEYBERT **AT 3:00PM ON FRIDAY, NOV. 22, 2019.**  A BRIEFING SCHEDULE WILL BE SET, AS APPROPRIATE.

     SHOULD THE COURT ALSO ENTERTAIN SETTLEMENT DISCUSSIONS, COUNSEL SHALL HAVE SETTLEMENT AUTHORITY OR BE ABLE TO CONTACT SOMEONE WITH AUTHORITY.

     PLEASE REPORT TO COURTROOM 1030 AT THE CENTRAL ISLIP COURTHOUSE, FEDERAL PLAZA, SPUR DR. NORTH OFF CARLETON AV.(CR 17)(SOUTHERN STATE PKWY. EXIT 43A.)

     TO MINIMIZE THE RISK OF UNDELIVERED MAIL/E-MAIL, PARTIES ARE REQUESTED TO CONFIRM RECEIPT OF THIS NOTICE <u>WITH EACH OTHER</u>.

                                      /s/
                                CHARLES J. BARAN,
                              COURTROOM DEPUTY CLERK FOR
                        HON. JOANNA SEYBERT
DATED: OCT. 15, 2019
      CENTRAL ISLIP  NY