Berwin Cohen (FBN:BC0579)
berwin@wolfferscohen.com
Lorenz Wolffers (FBN:LW6950)
lorenz@wolfferscohen.com
Wolffers Cohen & Edderai LLP
325 W. 38th Street, Suite 1502
New York, NY 10952
P: 646-807-8543 F: 646-619-4358

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETTER MORNINGS, LLC and ISLAND BREEZE, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH NILSEN and DIGITAL CHECKMATE, INC.<br><br>Defendants. | Case No.: 2:19-cv-03854<br><br>**REQUEST TO ADJOURN PRE-MOTION CONFERENCE** |

Plaintiffs Better Mornings, LLC and Island Breeze, LLC, by their undersigned counsel, respectfully request an adjournment of the pre-motion conference currently scheduled for 3:00 PM on Friday, November 22, 2019. Plaintiffs' counsel request this adjournment because they observe the Jewish sabbath, and they will be unable to both attend the conference and make the necessary preparations for the sabbath. There have been no prior requests for an adjournment of this conference or any other hearing. Defendants' counsel consents to the proposed adjournment. The parties have mutual availability on November 25 and November 26, 2019, and will seek to accommodate any rescheduling of the hearing to a later date.

[Signature Page Follows]

DATED: October 18, 2019    /s/ Berwin Cohen
　　　　　　　　　　　　　　　　Berwin Cohen
　　　　　　　　　　　　　　　　Wolffers Cohen & Edderai, LLP
　　　　　　　　　　　　　　　　325 W. 38th Street, Suite 1502
　　　　　　　　　　　　　　　　New York, NY
　　　　　　　　　　　　　　　　berwin@wollferscohen.com


　　　　　　　　　　　　　　　　/s/ Samuel L. Butt
　　　　　　　　　　　　　　　　Samuel L. Butt
　　　　　　　　　　　　　　　　Schlam Stone & Dolan LLP
　　　　　　　　　　　　　　　　26 Broadway
　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　sbutt@schlamstone.com