```
            DATE: 11/25/2019        AT:  1:30

BEFORE JUDGE JOANNA SEYBERT:

            CIVIL CAUSE FOR PRE-MOTION CONFERENCE

DOCKET NUMBER:   19-3854

TITLE: BETTER MORNINGS -V- JOSEPH NILSEN

APPEARANCES:

FOR PLAINTIFF(S):  BERWIN COHEN

FOR DEFENDANT(S):  SAMUEL BUTT


REPORTER: NONE

  X         CASE CALLED.

  X         COUNSEL FOR ALL SIDES PRESENT.

            COUNSEL FOR _____ NOT PRESENT.

  X         CONFERENCE HELD.

            DISCOVERY TO BE COMPLETED BY _____

            PARTIES TO COMPLETE _____
            BY THE NEXT CONFERENCE OR BY _____

            NEXT CONFERENCE SET FOR _____

            CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE
            FOR _____

  X         MOTION TO BE FILED BY   12/13/2019;
                       RESPONSE BY   1/14/2020;
                       REPLY BY      1/28/2020.

            JURY SELECTION SET FOR  /  /2019 AT 9:30AM BY LAW CLERK

            TRIAL SET FOR _____

  X         OTHER NEW AFFIDAVIT OF SERVICE TO BE FILED.
WORD
```