Irving Botwinick, Founder
New York State Professional Process Servers
Association

Founding Member National Association
of Professional Process Servers

Associate Member of the following
State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia,
New Jersey, Oregon, Tennessee, Washington

Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of
New York State, Inc.
National Council of Investigation
and Security Services
Society of Professional Investigators
World Investigators Network Inc.



SERVING by IRVING INC.
*"Serving the Legal Community Since 1977."*

August 21, 2019

ATTN: BERWIN COHEN

WOLFFERS COHEN EDDERAI LLP
325 WEST 38TH STREET, 15TH FLOOR
NEW YORK, NEW YORK 10018

INVOICE # SD-6816

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|---|---|---|---|
| Better Mornings, LLC et al | Joseph Nilsen Digital Checkmate, Inc. | Sum. & Compl. Emergency Service On Joseph Nilsen | $195.00 |
| | | Attempted Service 7/9/2019 | $350.00 |
| | | Printing Fees | $ 14.50 |
| | | Postage Fees | $  1.75 |
| | | TOTAL BILL: | $561.25 |

WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635
WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279
(212) 233-3346 • Fax (212) 349-0338
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # 13-3074123

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

Better Mornings, LLC et al

CIVIL ACTION NO.: 2:19-CV-03854(JS)(SIL)

vs

*Plaintiff*

Joseph Nilsen
Digital Checkmate, Inc.

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Rye Brook, New York

That on **08/15/2019** at **1:04 PM** at **515 W 52nd Street, Lobby, New York, NY 10019**

deponent served a(n) **Summons in a Civil Action, Complaint Demand for Jury Trial with Exhibits 1-3, Letter Dated July 8, 2019 to Mr. Joe Nilsen and Digital Checkmate, Inc., Letter Dated July 15, 2019 to Kristen M. Leccese**

on **Joseph Nilsen**,

by delivering thereat a true copy of each to "John Doe" (Refused to Give First Name and Last Name (Doorman - refused server access to apartment) a person of suitable age and discretion. Said premises is defendant's dwelling place/usual place of abode within the state.

Within 20 days of such delivery, deponent mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's last known residence at **515 W 52nd Street, PH3D, New York, NY 10019**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **08/20/2019**

Description of Person Served:
Gender: Male
Skin: Brown
Hair: Dk. Brown
Age: 22 - 35 Yrs.
Height: 5' 9" - 6' 0"
Weight: 161-200 Lbs.
Other:

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
20th day of August, 2019

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2023

Nicholas DiCanio
License No.1422308