Samuel L. Butt
Of Counsel

sbutt@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

December 2, 2019

**BY ECF**

Hon. Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:     **Better Mornings, LLC et ano. v. Joseph Nilsen et ano., Case No: 2:19-cv-03854**

Dear Judge Seybert:

This firm represents Defendants Joseph Nilsen and Digital Checkmate, Inc. ("Digital Checkmate" and with Mr. Nilsen "Defendants") in the above-captioned action.  I write on behalf of all parties to request an extension of the briefing schedule for Defendants' anticipated motion to dismiss.  Following the Court's query at the November 25, 2019, pre-motion conference in this matter, the parties have expressed a mutual desire to re-engage in settlement discussions.  We respectfully submit the requested extension will facilitate the parties' discussions.  The original and proposed briefing schedule is set forth below:

|  | Original Due Date | Proposed Due Date |
|---|---|---|
| Motion To Dismiss | December 13, 2019 | January 17, 2020 |
| Opposition to Motion | January 14, 2020 | February 19, 2020 |
| Reply In Further Support | January 28, 2020 | March 4, 2020 |

This is the parties' first request for an extension and we respectfully request the Court So Order the attached stipulation and/or this letter.  We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Samuel L. Butt*

Samuel L. Butt


Copies To (via ECF):  All counsel

| | |
|---|---|
| 1 | Berwin Cohen (FBN:BC0579) |
| | berwin@wolfferscohen.com |
| 2 | Lorenz Wolffers (FBN:LW6950) |
| 3 | lorenz@wolfferscohen.com |
| | Wolffers Cohen & Edderai LLP |
| 4 | 325 W. 38th Street, Suite 1502 |
| | New York, NY 10952 |
| 5 | P: 646-807-8543 F: 646-619-4358 |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETTER MORNINGS, LLC and ISLAND BREEZE, LLC | Case No.: 2:19-cv-03854 |
| Plaintiffs, | **STIPULATION** |
| vs. | |
| JOSEPH NILSEN and DIGITAL CHECKMATE, INC. | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Better Mornings, LLC and Island Breeze, LLC ("Plaintiffs") and Defendants Joseph Nilsen and Digital Checkmate, Inc. ("Defendants"), through their respective attorneys, that Defendants' time to file their Motion to Dismiss be extended to the 17th day of January, 2020. This extension is agreed in order to facilitate settlement discussions between the parties.

IT IS FURTHER STIPULATED AND AGREED that Plaintiffs' time to file its response to the same be and hereby is extended to the 19th day of February, 2020, and that Defendants' time to file its reply to that response be extended to the 4th day of March, 2020.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed in counterparts and that a facsimile or electronic signature shall have the same binding effect on all parties hereto as an original signature.

| | |
|---|---|
| 1    DATED: December 2, 2019 |   /s/ Berwin Cohen |
| 2 | Berwin Cohen |
| | Wolfffers Cohen & Edderai, LLP |
| 3 | 325 W. 38th Street, Suite 1502 |
| | New York, NY |
| 4 | berwin@wolfferscohen.com |
| 5 | |
| |   /s/ Samuel L. Butt |
| 6 | Samuel L. Butt |
| | Schlam Stone & Dolan LLP |
| 7 | 26 Broadway |
| | New York, NY 10004 |
| 8 | sbutt@schlamstone.com |