1  Berwin Cohen (FBN:BC0579)
   berwin@wolfferscohen.com
2  Lorenz Wolffers (FBN:LW6950)
   lorenz@wolfferscohen.com
3  Wolffers Cohen & Edderai LLP
   325 W. 38th Street, Suite 1502
4  New York, NY 10952
5  P: 646-807-8543 F: 646-619-4358

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF NEW YORK

9

10 BETTER MORNINGS, LLC and ISLAND          Case No.: 2:19-cv-03854
   BREEZE, LLC
11                                          **STIPULATION**
                        Plaintiffs,
12
                        vs.                 
13
   JOSEPH NILSEN and DIGITAL
14 CHECKMATE, INC.

15                      Defendants.

16

17   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Better Mornings,

18   LLC and Island Breeze, LLC ("Plaintiffs") and Defendants Joseph Nilsen and Digital

19   Checkmate, Inc. ("Defendants"), through their respective attorneys, that Defendants' time

20   to file their Motion to Dismiss be extended to the 17th day of January, 2020. This extension

21   is agreed in order to facilitate settlement discussions between the parties.

22   IT IS FURTHER STIPULATED AND AGREED that Plaintiffs' time to file its response to

23   the same be and hereby is extended to the 19th day of February, 2020, and that Defendants'

24   time to file its reply to that response be extended to the 4th day of March, 2020.

25   IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed in

26   counterparts and that a facsimile or electronic signature shall have the same binding effect

27   on all parties hereto as an original signature.

28

| | | |
|---|---|---|
| 1 | DATED: December 2, 2019 | /s/ Berwin Cohen |
| 2 | | Berwin Cohen |
| | | Wolffers Cohen & Edderai, LLP |
| 3 | | 325 W. 38th Street, Suite 1502 |
| | | New York, NY |
| 4 | | berwin@wolfferscohen.com |

/s/ Samuel L. Butt
Samuel L. Butt
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
sbutt@schlamstone.com

The parties' letter motion for an extension of the briefing schedule (D.E. 24) is GRANTED. The Court adopts the parties' proposed briefing schedule.

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: Dec. 3, 2019
Central Islip, NY