Samuel L. Butt
Partner

sbutt@schlamstone.com

SCHLAM STONE & DOLAN LLP

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

January 17, 2020

**BY ECF**

Hon. Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *__Better Mornings, LLC et ano. v. Joseph Nilsen et ano., Case No: 2:19-cv-03854__*

Dear Judge Seybert:

This firm represents Defendants Joseph Nilsen and Digital Checkmate, Inc. ("Digital Checkmate" and with Mr. Nilsen "Defendants") in the above-captioned action. I write on behalf of all parties to request an extension of the briefing schedule for Defendants' anticipated motion to dismiss. The parties have reached an agreement to settle this matter and I am awaiting confirmation that Plaintiffs have signed the settlement agreement. However, given today's deadline to file Defendants' motion to dismiss, out of an abundance of caution, we respectfully request that the Court extend the briefing schedule for Defendants' motion to dismiss one week to allow the parties time to execute the settlement. The current and proposed briefing schedule is set forth below:

|  | Current Due Date | Proposed Due Date |
| --- | --- | --- |
| Motion To Dismiss | January 17, 2020 | January 24, 2020 |
| Opposition to Motion | February 19, 2020 | February 26, 2020 |
| Reply In Further Support | March 4, 2020 | March 11, 2020 |

This is the parties' second request for an extension and we respectfully request the Court So Order this letter. Plaintiffs have not responded to Defendants' repeated queries as to whether they will consent. We thank the Court for its attention to this matter.

Respectfully submitted,

Samuel L. Butt

Copies To (via ECF): All counsel