UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETTER MORNINGS, LLC and ISLAND BREEZE, LLC,<br><br>*Plaintiffs,*<br><br>- against –<br><br>JOSEPH NILSEN and DIGITAL CHECKMATE, INC.<br><br>*Defendants.* | 2:19 Civ. 03854<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties to this action, by their undersigned counsel, that this action is hereby dismissed in its entirety, with prejudice and without costs and/or attorneys' fees to any party as against any other party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: New York, New York
January 24, 2020

**WOLFFERS COHEN & EDDERAI, LLP**

By: _____
Berwin Cohen
325 W. 38th Street, Suite 1502
New York, NY 10016
(212) 706-0663
berwin@wolfferscohen.com

**SCHLAM STONE & DOLAN LLP**

By: _____
Samuel L. Butt
26 Broadway
New York, NY 10004
(212) 344-5400
sbutt@schlamstone.com