UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| BETTER MORNINGS, LLC and ISLAND BREEZE, LLC,<br><br>                                                                                    *Plaintiffs*,<br><br>- against -<br><br>JOSEPH NILSEN and DIGITAL CHECKMATE, INC.<br><br>                                                                                    *Defendants*. | 2:19 Civ. 03854<br><br>ORDER<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |
|---|---|

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties to this action, by their undersigned counsel, that this action is hereby dismissed in its entirety, with prejudice and without costs and/or attorneys' fees to any party as against any other party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: New York, New York
         January 24, 2020

| WOLFFERS COHEN & EDDERAI, LLP | SCHLAM STONE & DOLAN LLP |
|---|---|
| By: *[signature]*<br>Berwin Cohen<br>325 W. 38th Street, Suite 1502<br>New York, NY 10016<br>(212) 706-0663<br>berwin@wolfferscohen.com | By: *[signature]*<br>Samuel L. Butt<br>26 Broadway<br>New York, NY 10004<br>(212) 344-5400<br>sbutt@schlamstone.com |

The Clerk of the Court is DIRECTED to mark this case CLOSED.

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: Jan. 27, 2020
Central Islip, NY